UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

BATHANY LANEY SCHILLING, )
)
        Plaintiff, )
) **JUDGMENT IN A CIVIL CASE**
v. )
) **CASE NO. 7:16-CV-123-D**
NANCY A. BERRYHILL, Acting Commissioner )
of Social Security, )
        Defendant. )

**Decision by Court.**
This action came before this Court for ruling as follows.

**IT IS ORDERED, ADJUDGED, AND DECREED** that Defendant pay to Plaintiff $4,881.25 in attorney's fees in full satisfaction of any and all claims arising under the Equal Access to Justice Act, 28 U.S.C. § 2412.

**This Judgment Filed and Entered on November 22, 2017, and Copies To:**
James B. Gillespie, Jr.         (via CM/ECF electronic notification)
Davis M. Mansfield         (via CM/ECF electronic notification)

DATE:         PETER A. MOORE, JR., CLERK
November 22, 2017         (By) /s/ Nicole Briggeman
        Deputy Clerk