IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
Civ. No. 7:16-cv-00123-D

BETHANY LANEY SCHILLING, )
)
    Plaintiff, )
)
v. ) ORDER
)
ANDREW SAUL, )
Commissioner of Social Security, )
)
    Defendant. )

Plaintiff's counsel filed a motion for approval of attorney's fees under section 206(b) of the Social Security Act, 42 U.S.C. § 406(b), in the amount of $41,246.00. Attorney's fees under section 206(b) are paid from past-due benefits awarded to a successful claimant. 42 U.S.C. § 406(b). Plaintiff has previously been awarded attorney's fees under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412, in the amount of $4,881.25 (ECF No. 28).

Defendant filed a response, stating that under *Gisbrecht v. Barnhart*, 535 U.S. 789 (2002), it is the duty of the Court to determine a reasonable fee.

It is ORDERED that Plaintiff's counsel be awarded fees under 42 U.S.C. § 406(b) in the amount of $ __35,000__, and refund to Plaintiff the smaller award between this amount and the EAJA award.

SO ORDERED, this __22__ day of October, 2019.

                                                JAMES C. DEVER III
                                              United States District Judge