UNITED STATES  DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION


BETHANY LANEY SCHILLING,            )
                                            )
                Plaintiff,            )
                                            )     **JUDGMENT IN A CIVIL CASE**
     v.                           )
                                            )     **CASE NO. 7:16-CV-123-D**
ANDREW M. SAUL, Commissioner of Social  )
Security,                               )
                Defendant.        )


**Decision by Court.**
This action came before this Court for ruling as follows.

**IT IS ORDERED, ADJUDGED, AND DECREED** that Plaintiff's counsel be awarded fees under 42 U.S.C. § 406(b) in the amount of $35, 000 , and refund to Plaintiff the smaller award between this amount and the EAJA award.


**This Judgment Filed and Entered on October 22, 2019, and Copies To:**

| | |
|---|---|
| James B. Gillespie, Jr. | (via CM/ECF electronic notification) |
| David M. Mansfield | (via CM/ECF electronic notification) |


DATE:                           PETER A. MOORE, JR., CLERK
October 22, 2019             (By) /s/ Nicole Sellers
                                Deputy Clerk